MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Trevor J. Sharbach
Chapter 7 Case No. 09-30891

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Wings Financial Federal Credit Union<br>14985 Glazier Ave, Suite 100<br>Apple Valley, MN  55124-7484 | 1 | 360.89 | 3.25 |
| Emergency Physicians PA<br>7301 Ohms Lane, Suite 650<br>Minneapolis, MN  55439 | 2 | 186.30 | 1.68 |
| Total | | | 4.93 |

Date: February 2, 2010

_____
Trustee

RECEIVED 10 FEB -5 AM 9:43 U.S. BANKRUPTCY COURT ST. PAUL, MN

Rec # 1766